**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| BIOGEN IDEC MA INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAPANESE FOUNDATION FOR<br>CANCER RESEARCH;<br>KYOWA HAKKO KIRIN CO., LTD;<br>TORAY INDUSTRIES, INC.; and<br>BAYER PHARMA AG,<br><br>　　　　Defendants. | No. 1:13-CV-01489-CMH-TRJ |

**JAPANESE FOUNDATION FOR CANCER RESEARCH**
**JOINDER TO MOTION TO DISMISS**

On April 24, 2014, defendant, Japanese Foundation for Cancer Research ("JFCR") was served in Japan with Biogen Idec MA Inc's ("Biogen") Complaint in this case. Pending before the Court is Bayer Pharma AG's ("Bayer") motion to dismiss for lack of subject matter jurisdiction. (Dkt. Nos. 8 and 9.) Briefing on that motion is complete and it is noticed for hearing on May 9, 2014. (Dkt. No. 29.)

JFCR joins in Bayer's motion to dismiss for lack of subject matter jurisdiction and would appreciate the opportunity to be heard on that issue at the May 9, 2014 hearing.

1

2

Dated: May 7, 2014                                    Respectfully Submitted,

  /s/  Brittany Amadi
Brittany Amadi
Virginia State Bar No. 80078
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6022 (t)
(202) 663-6363 (f)
Brittany.Amadi@wilmerhale.com

*Counsel to Defendant Japanese Foundation for Cancer Research*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the counsel who appear in the CM/ECF system:

Brian Scott Rosenbloom
Email: brosenbloom@rfem.com
Robert Danny Huntington
Email: dhuntington@rfem.com
Rothwell Figg Ernst & Manbeck PC
607 14th Street NW
Suite 800
Washington, DC 20005
202-626-3531

*Counsel for Plaintiff Biogen Idec*

Eric C. Wiener, Esq. (VA Bar No. 79206)
Williams & Connolly LLP
725 12th St., N.W.
Washington, DC 20005
Ph: 202-434-5000
Fx: 202-434-5029
Email: ewiener@wc.com

William B. Porter
Blankingship & Keith PC
4020 University Dr
Suite 300
Fairfax, VA 22030
(703) 691-1235
Email: wporter@blankeith.com

*Counsel for Defendant Bayer Pharma AG*

 /s/ Brittany Amadi
Brittany Amadi
Virginia State Bar No. 80078
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6022 (t)
(202) 663-6363 (f)
Brittany.Amadi@wilmerhale.com

*Counsel to Defendant Japanese Foundation for Cancer Research*