IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BIOGEN IDEC MA INC., <br><br> Plaintiff, <br><br> v. <br><br> JAPANESE FOUNDATION FOR CANCER RESEARCH; <br> KYOWA HAKKO KIRIN CO., LTD; <br> TORAY INDUSTRIES, INC.; and <br> BAYER PHARMA AG, <br><br> Defendants. | No. 1:13-CV-01489-CMH-TRJ |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff Biogen Idec MA Inc. ("Biogen Idec") and Defendant Japanese Foundation for Cancer Research ("JFCR"), hereby stipulate and agree, subject to the approval of the Court, that the time for JFCR to answer, move or otherwise respond to Biogen Idec's Complaint (Dkt. 1) is hereby extended through and including June 6, 2014.

1

| | |
|---|---|
| Respectfully Submitted, | Dated: May 22, 2014 |
| /s/_____ | /s/_____ |
| R. Danny Huntington (VSB No. 16407) | Brittany Amadi |
| E. Anthony Figg (pro hac vice) | Virginia State Bar No. 80078 |
| Sharon E. Crane (pro hac vice) | Wilmer Cutler Pickering Hale and Dorr LLP |
| Rothwell Figg Ernst & Manbeck PC | 1875 Pennsylvania Avenue NW |
| 607 14th Street NW | Washington, DC 20006 |
| Suite 800 | (202) 663-6022 (t) |
| Washington, DC 20005 | (202) 663-6363 (f) |
| (202) 626-3531 | Brittany.Amadi@wilmerhale.com |
| *Counsel for Plaintiff Biogen Idec* | *Counsel to Defendant Japanese Foundation for Cancer Research* |

SO ORDERED this ___ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the counsel who appear in the CM/ECF system:

Brian Scott Rosenbloom
Email: brosenbloom@rfem.com
Robert Danny Huntington
Email: dhuntington@rfem.com
Rothwell Figg Ernst & Manbeck PC
607 14th Street NW
Suite 800
Washington, DC 20005
202-626-3531

*Counsel for Plaintiff Biogen Idec*

Eric C. Wiener, Esq. (VA Bar No. 79206)
Williams & Connolly LLP
725 12th St., N.W.
Washington, DC 20005
Ph: 202-434-5000
Fx: 202-434-5029
Email: ewiener@wc.com

William B. Porter
Blankingship & Keith PC
4020 University Dr
Suite 300
Fairfax, VA 22030
(703) 691-1235
Email: wporter@blankeith.com

*Counsel for Defendant Bayer Pharma AG*

                                              /s/
                                              Brittany Amadi
Virginia State Bar No. 80078
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6022 (t)
(202) 663-6363 (f)
Brittany.Amadi@wilmerhale.com

*Counsel to Defendant Japanese Foundation for Cancer Research*