IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDERIA DIVISION

| | |
|---|---|
| BIOGEN IDEC MA INC., <br><br> Plaintiff, <br><br> v. <br><br> JAPANESE FOUNDATION FOR CANCER RESEARCH; <br> KYOWA HAKKO KIRIN CO., LTD; <br> TORAY INDUSTRIES, INC.; and <br> BAYER PHARMA AG, <br><br> Defendants. | No. 1:13-CV-01489-CMH-TRJ |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS on December 3, 2013, Plaintiff Biogen Idec MA Inc. ("Biogen Idec"), filed a complaint ("the Complaint") against Defendants Japanese Foundation for Cancer Research ("JFCR"), Kyowa Hakko Kirin Co., Ltd. ("Kyowa"), Toray Industries, Inc. ("Toray"), and Bayer Pharma AG ("Bayer") (Dkt. 1) in the above-captioned action and all defendants have now been served;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. All parties agree to the dismissal of all claims against Kyowa and Toray without prejudice. Further, all parties agree that Kyowa and Toray are not indispensable parties to this

action, and will not argue such at a later date, or otherwise attempt to join them as parties in this action.

2.  This stipulation is without prejudice to Biogen Idec's right to seek to dismiss Bayer from this case under the Federal Rules of Civil Procedure, including but not limited to, Federal Rule of Civil Procedure 21.  However, this stipulation is also without prejudice to Bayer's right to oppose any such request for dismissal.  All parties agree not to argue that Bayer's consent to this stipulation with respect to Kyowa and Toray, or its agreement that they are not indispensable parties, bears on the question of whether Bayer is an indispensable party.

Dated: May 22, 2014 					Respectfully Submitted,

/s/
R. Danny Huntington (VSB No. 16407)
E. Anthony Figg (*pro hac vice*)
Sharon E. Crane (*pro hac vice*)
ROTHWELL, FIGG, ERNST &
 MANBECK, P.C.
607 14th Street, NW
Suite 800
Washington, DC 20005
Phone: (202) 783-6040
Fax:    (202) 783-6031

*Counsel for Plaintiff Biogen Idec*

/s/
Nels T. Lippert, (p*ro hac vice*)
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Phone: (212) 216-1157
Fax:    (212) 216-8001
nlippert@tarterkrinsky.com

*Counsel for Defendants Japanese Foundation
 for Cancer Research, Kyowa Hakko Kirin
 Co., Ltd and Toray Industries, Inc.*

/s/
Eric C. Wiener (VSB No. 79206)
Bruce R. Genderson
David I. Berl
David M. Krinsky
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
Phone: (202) 434-5000
Fax:    (202) 434-5029

*Counsel for Defendant Bayer Pharma AG*

/s/
Brittany Amadi (VSB No. 80078)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Phone:  (202) 663-6022 (t)
Fax:     (202) 663-6363 (f)
Brittany.Amadi@wilmerhale.com

*Counsel to Defendant Japanese Foundation for
 Cancer Research*

2

SO ORDERED this _____ day of May, 2014.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the counsel who appear in the CM/ECF system:

Brian Scott Rosenbloom
Email: brosenbloom@rfem.com
Robert Danny Huntington
Email: dhuntington@rfem.com
Rothwell Figg Ernst & Manbeck PC
607 14th Street NW
Suite 800
Washington, DC 20005
202-626-3531

*Counsel for Plaintiff Biogen Idec*

Eric C. Wiener, Esq. (VA Bar No. 79206)
Williams & Connolly LLP
725 12th St., N.W.
Washington, DC 20005
Ph: 202-434-5000
Fx: 202-434-5029
Email: ewiener@wc.com

William B. Porter
Blankingship & Keith PC
4020 University Dr
Suite 300
Fairfax, VA 22030
(703) 691-1235
Email: wporter@blankeith.com

*Counsel for Defendant Bayer Pharma AG*

        /s/
Brittany Amadi
Virginia State Bar No. 80078
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6022 (t)
(202) 663-6363 (f)
Brittany.Amadi@wilmerhale.com

*Counsel to Defendant Japanese Foundation for Cancer Research*