AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following:

Eric C. Wiener, Esq. (VA Bar No. 79206)
Williams & Connolly LLP
725 12th St., N.W.
Washington, DC 20005
Ph: 202-434-5000
Fx: 202-434-5029
Email: ewiener@wc.com

William B. Porter, Esq. (VA Bar No. 41798)
Blankingship & Keith, P.C.
4020 University Dr., Suite 300
Fairfax, VA 22030
Ph: 703-691-1235
Email: wporter@blankeith.com

*Counsel for Defendant Bayer Pharma AG*


Brittany B. Amadi, Esq. (VA Bar No. 80078)
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Ph: 202-663-6022
Fx: 202-663-6363
Email: brittany.amadi@wilmerhale.com

*Counsel to Defendant Japanese Foundation for Cancer Research*


                                                */s/ Seth E. Cockrum*
                                                Seth E. Cockrum
                                                Virginia Bar No. 78374
                                                Rothwell, Figg, Ernst & Manbeck, P.C.
                                                607 14th St., N.W., Suite 800
                                                Washington, DC 20005
                                                Ph: 202-783-6040
                                                Fx: 202-783-6031
                                                Email: scockrum@rfem.com