IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAY 27 2014

| | |
|---|---|
| BIOGEN IDEC MA INC., <br><br> Plaintiff, <br><br> v. <br><br> JAPANESE FOUNDATION FOR CANCER RESEARCH; KYOWA HAKKO KIRIN CO., LTD; TORAY INDUSTRIES, INC.; and BAYER PHARMA AG, <br><br> Defendants. | No. 1:13-CV-01489-CMH-TRJ |

## STIPULATION AND ORDER

Plaintiff Biogen Idec MA Inc. ("Biogen Idec") and Defendant Japanese Foundation for Cancer Research ("JFCR"), hereby stipulate and agree, subject to the approval of the Court, that the time for JFCR to answer, move or otherwise respond to Biogen Idec's Complaint (Dkt. 1) is hereby extended through and including June 6, 2014.

1

| | |
|---|---|
| Respectfully Submitted, | Dated: May 22, 2014 |
| /s/ | /s/ |
| R. Danny Huntington (VSB No. 16407) | Brittany Amadi |
| E. Anthony Figg (pro hac vice) | Virginia State Bar No. 80078 |
| Sharon E. Crane (pro hac vice) | Wilmer Cutler Pickering Hale and Dorr LLP |
| Rothwell Figg Ernst & Manbeck PC | 1875 Pennsylvania Avenue NW |
| 607 14th Street NW | Washington, DC 20006 |
| Suite 800 | (202) 663-6022 (t) |
| Washington, DC 20005 | (202) 663-6363 (f) |
| (202) 626-3531 | Brittany.Amadi@wilmerhale.com |
| *Counsel for Plaintiff Biogen Idec* | *Counsel to Defendant Japanese Foundation for Cancer Research* |

This relief will not delay entry of the initial scheduling order. *[handwritten]*

SO ORDERED this 27th day of May, 2014.

/s/Thomas Rawles Jones, Jr.
_____
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE

2